UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANTE A. DIFRONZO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF SOMERVILLE, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 21-10867-FDS |

## AMENDED JURY VERDICT FORM

### Questions as to Liability

*Note:* As to questions 1 through 10, mark an "X" in the appropriate place:

### COUNT 1 – FIRST AMENDMENT RETALIATION

1. [deleted]

2. On plaintiff's claim against Joseph Curtatone for retaliation for the exercise of his First Amendment rights (Count 1), we find in favor of:

   __✓__ Plaintiff          _____ Defendant Joseph Curtatone

3. On plaintiff's claim against David Fallon for retaliation for the exercise of his First Amendment rights (Count 1), we find in favor of:

   __✓__ Plaintiff          _____ Defendant David Fallon

4. On plaintiff's claim against Bernard Cotter for retaliation for the exercise of his First Amendment rights (Count 1), we find in favor of:

   __✓__ Plaintiff          _____ Defendant Bernard Cotter

### COUNT 2 – TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONSHIP

5. On plaintiff's claim against Joseph Curtatone for tortious interference with a contractual relationship (Count 2), we find in favor of:

_______ Plaintiff ✓ Defendant Joseph Curtatone

6. On plaintiff's claim against David Fallon for tortious interference with a contractual relationship (Count 2), we find in favor of:

_______ Plaintiff ✓ Defendant David Fallon

7. On plaintiff's claim against Bernard Cotter for tortious interference with a contractual relationship (Count 2), we find in favor of:

_______ Plaintiff ✓ Defendant Bernard Cotter

**COUNT 3 – TORTIOUS INTERFERENCE WITH ADVANTAGEOUS RELATIONSHIP**

8. On plaintiff's claim against Joseph Curtatone for tortious interference with an advantageous relationship (Count 3), we find in favor of:

✓ Plaintiff _______ Defendant Joseph Curtatone

9. On plaintiff's claim against David Fallon for tortious interference with an advantageous relationship (Count 3), we find in favor of:

✓ Plaintiff _______ Defendant David Fallon

10. On plaintiff's claim against Bernard Cotter for tortious interference with an advantageous relationship (Count 3), we find in favor of:

✓ Plaintiff _______ Defendant Bernard Cotter

***Note:*** *If you answered every question 1 through 10 in favor of defendants, you do not need to answer any of the remaining questions. Have your foreperson sign and date this form, because you have completed your deliberations. Otherwise, proceed to the next set of questions.*

## Question as to Compensatory Damages

*Note: Answer question 11 **only** if you found in favor of plaintiff on any of questions 1 through 10.*

11. Compensatory damages: We award compensatory damages to the plaintiff in the following amounts:

    a. For lost compensation before July 2021:

    $ __none__ (*stating the amount or, if none, write the word "none"*).

    b. For lost compensation after July 2021:

    $ __200,000.00__ (*stating the amount or, if none, write the word "none"*).

    c. For emotional distress before July 2021:

    $ __300,000.00__ (*stating the amount or, if none, write the word "none"*).

    d. For emotional distress after July 2021:

    $ __300,000.00__ (*stating the amount or, if none, write the word "none"*).

## Question as to Punitive Damages

*Note: Answer question 12 **only** if you found in favor of plaintiff on any question 1 through 4.*

12. Punitive damages for First Amendment retaliation: We award punitive damages to the plaintiff in the following amount:

    $ __none__ (*stating the amount or, if none, write the word "none"*).

3

## Question as to Pre-Judgment Interest

*Note: Answer question 13 **only** if you found damages for plaintiff on question 11. If you found any defendant liable on questions 5 through 10 **and** you found damages for plaintiff on question 11, you must check "Yes."*

**13.** Pre-judgment interest: We award the plaintiff pre-judgment interest on his compensatory damages:

      __✓__ Yes             _____ No

**Your deliberations are complete. Please sign and date this form, and notify the court officer.**

_Karen Rans_  
Foreperson

_10/23/2024_  
Date

4