UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANTE A. DIFRONZO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF SOMERVILLE, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.<br>21-10867-FDS |

# FINAL JUDGMENT

**SAYLOR, C.J.**

In accordance with plaintiff's stipulation of voluntary dismissal of his wrongful termination claim made October 17, 2024 (ECF 101 at 6), the Jury Verdict returned on October 23, 2024 (ECF 99), the Memorandum and Order on Defendant's Motion for Judgment as a Matter of Law or for a New Trial filed January 16, 2025 (ECF 111), and the Memorandum and Order on Pre-Judgment Interest Rate filed January 30, 2025 (ECF 112), It Is Hereby ORDERED, AJUDGED, And DECREED that:

1. Judgment is entered for Plaintiff Dante A. DiFronzo against Defendants Joseph Curtatone, David Fallon, and Bernard Cotter, jointly and severally, in the amount of $300,000.00.

2. Pre-judgment interest in the amount of $138,772.60 is awarded for Plaintiff Dante A. DiFronzo and against Defendants Curtatone, Fallon, and Cotter, jointly and severally. A simple pre-judgment interest rate of 12 percent per annum applies, beginning on March 26, 2021, the day this action was commenced.

3. Judgment is entered for Plaintiff Dante A. DiFronzo against Defendant Joseph Curtatone in the amount of $500,000.00.

4. Pre-judgment interest in the amount of $231,287.67 is awarded for Plaintiff Dante A. DiFronzo and against Defendant Curtatone.  A simple pre-judgment interest rate of 12 percent per annum applies, beginning on March 26, 2021, the day this action was commenced.

5. All claims against the City of Somerville are dismissed with prejudice.

BY THE COURT,
***Barbara I. Beatty***
Deputy Clerk

DATED:  January 31, 2025